Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAR 13 2023

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the WESTERN

District of VIRGINIA

Division WISE COUNTY

BAIRD, Charles W.
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*
-v-

EX PARTE
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No. 2:23 CV 6
_____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Charles W. Baird |
| Street Address | 602 Spruce ST. |
| City and County | Appalachia Va. 24216   WISE County |
| State and Zip Code | Virginia   24216 |
| Telephone Number | 276-565-0078 |
| E-mail Address | charlesbairdclergy@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                         *EX PARTE*

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

THE CONSTITUTION OF THE UNITED STATES OF AMERICA
ARTXI OF THE CONSTITUTION IDENTIFIES THE CONSTITUTION AS
THE SUPREME LAW OF THE LAND. THE CONSTITUTION IS FEDERAL LAW.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual
The plaintiff, *(name)* BAIRD, CHARLES W.          , is a citizen of the
State of *(name)* VIRGINIA          .

b.   If the plaintiff is a corporation
The plaintiff, *(name)*          , is incorporated
under the laws of the State of *(name)*          ,
and has its principal place of business in the State of *(name)*
          .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual
The defendant, *(name)* EX PARTE          , is a citizen of
the State of *(name)*          . Or is a citizen of
*(foreign nation)*          .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

FAILURE OF THE COURTS TO uphold THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND THE CONSTITUTION OF VIRGINIA AS THE SUPREME LAW OF THE LAND.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

START upholding THE U.S. CONSTITUTION AND STATE CONSTITUTIONS AS THE SUPREME LAW OF THE LAND. GET RID OF THE SCIENTIFIC BIASES OF THE ABSOLUTE AUTHORITY OF PRECEDENT AND PUBLIC SAFETY. EXPUNGE BY REFUSING TO ADJUDICATE UNCONSTITUTIONAL LAWS

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _2-28-2023_

Signature of Plaintiff    _____

Printed Name of Plaintiff    _Charles W. Baird_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

## UNITED STATES DISCTRICT COURT

Western District of Viginia

180 W. Main St.  Room 204

Abingdon, Va. 24210


**Petitioner:  Charles W. Baird**

602 Spruce St.

Appalachia, Va. 24216

276-565-0078

charlesbairdclergy@gmail.com


**vs.**


**Ex Parte**


**Inre:  Petition for redress of grievance**

**Grievance:** Failure of the Courts to uphold the Constitution of the United States of America and the Commonwealth of Virginia as the supreme law of the land.

**Violations:**

The Gun Control Act and respective State and Federal laws affecting firearms rights.

Protective orders.

The Controlled Substance Act and respective State and Federal laws criminalizing the possession, use or sale of drugs.

The RICO Act and State and Federal laws that seize assets prior to or after conviction of a crime.

State and federal civil laws that charge a person with a civil offense.

Excessive bail and fines and civil fines attached to criminal charges.

The compelled collection of fingerprints, DNA, and photographs.

Sex offender registry.

Towing vehicles pursuant to arrest.

Implied consent laws.

Presumption of intoxication.

The IRS or any other government agency that monitors personal finance records.

2

The practice of trying a person in Federal court after they have been tried in State court for the same offense.

Hate crimes.

Executive orders.

The courts use of precedent to supersede the Constitution.

Status offenses.

Abortion laws.

Voting rights

**Argument:**

Whereas, the First Amendment of the U.S. Constitution guarantees that the people of the United States have a right to petition the government for a redress of grievances.  The branch of the government that is petitioned must address that petition.

Whereas, Article VI of the U.S. Constitution charges the Judges of every State that the U.S. Constitution, laws, and treaties of the United States are the supreme law of the land, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.  That means, as long as they do not violate the Constitution.

3

Whereas, the U.S. and each State Constitutions are contracts. The U.S. Constitution is a contract between the Federal government, each State government, and the people. The State Constitutions are contracts between the State government and the people of the respective state.

Whereas, every person has standing on the constitutionality of a law being one of the people which are a named party in the contract called the Constitution, "we the people."

Whereas, the petitioner need not be personally affected by the law in order to contest the Constitutionality, just like in the exemptions for moot, as long as the law has the potential for future abuse.

Whereas, federal courts have the authority to adjudicate the constitutionality of a state law. Within the Commonwealth of Virginia, Military Police and other federal officers enforce State traffic laws, including DUI and Implied Consent laws, under the granting authority of United States Code (USC). These cases are adjudicated in U.S. Magistrate Court. If the federal courts have the authority to adjudicate a state law, then they also have the authority to determine the constitutionality of that law.

Whereas, the preamble to the U.S. Constitution is a part of the Constitution.

4

There are several scientific biases within the government and the courts. The first is the authority of precedent. Precedent is nothing more than a scientific theory within the science of jurisprudence. Like all theories within any science, they are subject to the hazards of human error and scientific bias. Those theories are also subject to new evidence. Within any scientific theory, if the original theory is flawed then so too is anything that is based upon that theory also flawed. Within the science of jurisprudence, so too are court rulings flawed when based upon flawed precedent, creating fruit of the poisonous tree.

In science, a theory is not proof of the validity of itself. It must be proven with evidence. In the science of jurisprudence, precedent cannot be used to establish its own validity.

The argument of precedent that violates the Constitution in order to justify a current violation of the Constitution is the worst argument ever. That would be like me arguing that since I was acquitted for murder, I could no longer be prosecuted for future offenses under the claims of precedent. An extreme example but, necessary to reveal the absurdity of the argument.

In the writings of James Madison when discussing a land dispute between New York and Virgina, he warned of congress setting precedent, because of what follows. In the journals of Congress July 5, 1785, they discussed the rejection of a treaty. In that rejection was this statement. "These are small matters in themselves but, set precedence often paving the way for greater."

Just as scientific theories must be reviewed from time to time to ensure they still hold true, so too must court precedents be reviewed from time to time to ensure they hold true and

5

were not prejudiced by the political and social norms of the time.  They should also be reviewed to ensure that a change in social norms does not make them void and useless.  Precedet that ignored Constitutional safeguards should be expunged in order to maintain the integrity of the science of jurisprudence.

There once was a legal precedent that slavery and segregation were lawful.  Those precedents were later found unjust and overturned and new precedents established.  Precedent, by its very nature, can change with a simple change in legislature or ruling of the court.  Precedent should only be used to confirm a decision that has already been made, not make a decision in place of the evidence before the court.

John Quincy Adams had this to say about precedent.  "The opinion of wise, learned, and virtuous men who have made the science of national jurisprudence the study of their lives, and who have published for the benefit of mankind the result of their laborious researches, are likewise admitted by the common consent of nations to have much weight…" but "precedent is often iniquitous, and the opinions of the most ingenious and instructive writers are sometimes erroneous.  They are therefor not to be implicitly followed as infallible guides, but to be recurred to as experienced conductors and consulted as impartial advisors."

There is a current theory that the federal government has broad discretionary powers over the states.  This is in error.

It is important to note that in the preamble of the U.S. Constitution "We the People…do ordain" establishes granting authority and hierarchy of authority.  It is the higher authority that ordains the lower.  In the 10th Amendment it states that unless it is a specified power delegated

6

to the government (federal government) then it is reserved by the States or the people. Authority is delegated down, not up. In Virginia's Constitution it specifies that it is the people that are sovereign.

The federal government only has authority over the States and people in areas where it was delegated such as national defense and the protection of civil liberties.

The theory of public safety authority of the governments to intrude into protected liberty is a scientific bias. As to public safety, the U.S. and State Constitutions delegate to the legislative branch authority involving public safety in only two areas. Congress and the State are charged with providing for public safety by protecting from invasion and domestic violence. Any claim of sovereignty involving public safety that does not fall within those parameters is an usurpation of power.

Do the governments have public safety authority? Yes. Do they have public safety authority to violate a person's rights? Yes but limited specifically to protect from invasion and domestic violence and that is limited to suspending due process. Do they have the authority to pass laws involving protected liberties under the claim of public safety? Yes, but only in the areas where there is a permissible exception listed.

Public safety authority was granted to protect from invasion and domestic violence (riots and rebellion) and that authority was limited to withdrawing the privilege of the writ of habeas corpus, suspending due process, in effect declaring martial law. It is important to note that this only suspends due process. All other rights remain protected rights. A suspension of due process does not grant the authority to legislate.

7

A suspension of due process means the government can arrest for any reason and you don't get the right to a lawyer, bail, or even a hearing in front of a judge or jury. You sit in jail or prison until they decide to release you or the writ is restored at which time, they must charge you with a crime or release you. That crime, cannot be failure to obey.

Within the U.S. and State Constitutions there are several enumerated rights. Each enumerated right is also a restriction on the powers of the government. The Constitution is not a statement of the rights of the people, it is a statement of restrictions upon the powers of government.

If there is a permissible exception to that restriction of government power, it is included along with the restriction. For instance, No housing of soldiers, except with consent or during war. No searches and seizures, except reasonable etc. No taking of property except for public use and just compensation. No involuntary servitude except during incarceration. If there are no exceptions listed with an enumerated right/restriction of power, then there are none. Not even in the interest of public safety.

When the Constitution was first proposed, Patrick Henry was opposed to it because the rights of the people were not listed. It was argued that the rights of the people were implied. He responded, "If they can use implication for us, they can use implication against us." That is the reason we have the 9th and 10 Amendments. To clarify that if ever there is a question of something being a power of the government or a right of the people then implication always lies with the rights of the people. The current theory of public safety authority places implication if favor of the government.

8

The 2nd Amendment to the U.S. Constitution is one of the clearest statements that has ever been written in a contract. Yet, the government and the courts continue to use legalism to circumvent it under the claims of public safety authority. Virginia's Constitution states that "A standing army in times of peace is dangerous to liberty. Therefore, the rights of the people to keep and bear arms shall not be infringed."

Prior the in implementation of police departments in the 1820's a standing army was used to enforce the law. Enforcing the law is also one of the reasons for calling up the militia. In other words, Virginia described the need for gun rights in this manner. A bunch of people with nothing to do but enforce the law is dangerous to liberty. Therefore, the rights of the people to keep and bear arms shall not be infringed. When police complain about guns making is difficult to enforce the law, the answer is "yes, they do. Intentionally so."

A standing army, aka law enforcement, are dangerous to liberty because officers are often overzealous and ignorant of the rights of the people and the limits of government power. They are also dangerous to liberty because of the tendency of law makers passing laws to target specific groups of society "in the interest of public safety." Sometimes that group of society is a different race, a different religion, or a different socio-economic status.

A loss of the right to weapons under the claims of public safety has been the mantra of the tyrant throughout the ages. Even before the invention of the firearm, Scotland and Ireland were prohibited from possessing weapons, in the interest of public safety. King Charles III wanted to disarm the Protestants, in the interest of public safety. King George wanted to disarm the colonies, in the interest of public safety. Even in our own history, many Southern

9

states passed the Black Codes, in the interest of public safety.  These laws prevented freed

slaves from voting, possessing weapons, and from gathering in large numbers.

During an interview for a book tour in April of 2019, U.S. Supreme Court Justice Stephen

Breyer held up a copy of the U.S. Constitution and called it a boundary for keeping the

government in check.  It is not a single layered boundary but, a multi-tiered boundary that

requires a law to meet all conditions and protections outlined therein.

Since the 2nd Amendment has been ignored under the claims of public safety, there

remain other protections for gun rights that have not been addressed.  Both the U.S. and

Virginia Constitutions state that they shall not pass a bill of attainder or any other ex-post facto

law.  A bill of attainder is a legislative act that takes property and/or civil liberties from those

that commit treason or other serious felonies.  A bill of pains and penalties is a bill of attainder

for lesser offenses.

Another term for civil liberties is civil rights, aka constitutional rights.  The gun control

act is a bill of attainder.  It takes property by mandating the removal of any firearm with an "or

else" ultimatum and takes the civil liberties of gun rights and voting rights.

Both Constitutions also prohibit any law that impairs the obligation of contracts.  Both

Constitutions are contracts and gun laws impair the obligation of those contracts.

Virginia's gun laws do not prevent anyone from possessing a firearm.  They only punish

if someone violates federal law.  It is a law that takes place after the federal gun law is violated.

In other words, it is an ex-post facto law of a bill of attainder.  This also creates jurisdiction

10

issues. How do the courts justify arresting someone and trying them in a state court for violating a federal law?

John Q. Adams wrote that "any law should be considered as a penalty for the past rather than a precaution against future guilt." Gun laws are a precaution against future guilt.

Protective orders are a part of the gun control act but need to be addressed separately. A protective order is a civil suit between two people and, by their own admission, the Commonwealth of Virginia is an uninvolved party. To clarify, a protective order requires a person to have no contact with another under the claims of fear of a possible future assault or worse. Protective orders cause a loss of firearms rights, and temporarily award property, custody, and monies.

Emergency protective orders are Ex-Parte hearings that do the same as protective orders. An Ex-Parte hearing that awards property and money is a violation of civil due process. Civil due process requires that a person be notified of the hearing date and be allowed to participate in that hearing prior to property being disposed of. It matters not if it is an emergency nor does it matter if the loss is temporary. Private property cannot be awarded in an Ex-Parte hearing.

Protective orders are adjudicated upon the complaint of fear of a future crime. Property and money are awarded based upon that complaint of fear instead of investment. No one can prove that they are not going to commit a future crime. This is an indefensible accusation. If there is a presumption of innocence for a crime that has been committed, how much more so for a crime that has not yet been committed?

11

The loss of firearms rights involving a protective order has two problems. One I
addressed in the gun rights arguments. The other is that the courts are awarding an uninvolved
third party, either the federal or state government, judgement in a civil suit when no motion to
join has been filed. Either that or the court is awarding the petitioner control of another's civil
liberties and a person's civil liberties are not subject to another person. The other explanation
is that it is a law that takes place post fact, aka an ex post facto law.

In West Virginia State Board of Education v. Barnette there is the question, "can the law
perform its permissible end without unduly intruding into the protected liberty?" In regards to
protective orders the answer is yes. There are no permissible intrusions into protected liberties
unless it is one of the enumerated exceptions. A protective order can perform its permissible
end without affecting gun or property rights.

I am not denying that there was once a need for protective orders in their current form.
There was, prior to equal rights. The problem is they passed the law 20 years after it was no
longer needed. Equal rights for women ensured that women could be employed, get credit,
purchase homes etc. without the permission of their parents or spouse.

Once equal rights were implemented, any claim of a need of support becomes moot.
Financial support of another adult and accustomed lifestyle are conditions of the union. Once
one of the parties leaves that union, the benefits of being in that union also end. Just as when
an of-age child leaves their parents' home, the parents have no legal obligation to support that
child. In the age of equality, the idea of one adult being forced to support another adult is
absurd. Equal rights for women also mean equal rights for men in areas where women were

12

once provided preference and protection. Equal rights also mean that women have the equal right to be poor, work a minimum wage job, have their car repossessed, home foreclosed on, or even be homeless.

The permissible end of a protective order is not to protect. It is to provide documented proof that the respondent was notified of a court order to have no contact so that police can make an arrest for a misdemeanor committed in their presence. Protective orders can achieve this permissible end without awarding monies, property, child custody, pet custody, and gun rights. There ae other legal means for a petitioner to obtain relief involving the other matters involving a protective order.

Protective orders are so much and indefensible accusation that a freedom of information request to the Virginia Supreme Court showed that in a 10-year period between 2008 and 2018 there were over 53,000 protective orders adjudicated in the Commonwealth of Virginia. Of those 53,000+ protective orders, only 12.9% were dismissed.

The courts do not keep a record of reason for dismissal or if the protective order was dismissed pre or post trial. If I were a betting man, I would bet that every one of those 12.9% that were dismissed, were dismissed pre trial at the request of the petitioner or because the petitioner failed to appear.

Protective orders do not protect, they simply provide documentation for police to make an arrest for a misdemeanor committed in their presence. The state of Ohio conducted a study on protective orders which showed that in the first 90 days after a protective order was issued

13

that there is actually an increased risk of assault vs. instances where no protective order was issued. That study was discarded because it did not fit the popular narrative.

The petitioner should be the one that leaves the home for two reasons. The first is, the protective order is an indefensible accusation. Second, the respondent also has property rights. In a divorce suit, property etc. would be distributed according to marital rights. In a civil suit involving a business, property would be distributed according to investment. Protective orders distribute property based upon the complaint of fear of a future event. Jesus said take up your bed and walk. He didn't say anything about making the other person take up their bed.

Protective orders have nothing to do with public safety. They deal with personal safety. Personal safety is not a part of public safety. The fact that people can be drafted into the military and sent to fight and die to protect from invasion or domestic violence (public safety) is proof that an individual's safety has nothing to do with public safety.

It is a 100% true statement that a respondent might cause harm to a petitioner in the future. It is equally true that they might not. Since both statements are equally true but diametrically opposed, then the only evidence that remains before the court is the defendant's presumption of innocence. A past history of violence is not enough to overcome a presumption of innocence. If a defendant has a presumption of innocence for a crime that has already occurred, how much more so for a crime that has not yet occurred? If the courts were truly adjudicating according to the evidence, they would never rule in favor of the petitioner.

The controlled substance act and any federal and state laws that criminalize drugs is a violation of the 9th and 10th amendments of the U.S. Constitution. The Declaration of

14

Independence is not a legal document but, is important because it identifies the pursuit of happiness as a right of the people. It is an unenumerated right of the people that the government was not granted authority to legislate other than such matters as FDA protections etc.

In Virginia's constitution, the pursuit of happiness is an enumerated right of the people. Therefore, if a person chooses to use drugs in their pursuit of happiness, it is their constitutionally protected right to do so, even if that pursuit of happiness is an illusion. The fact that some of these drugs are lethal is irrelevant. Suicide is not a crime. The government can regulate it similar to other products to ensure quality and no false advertisement etc. but can't criminalize it. If a person has the right to use something, they have the right to possess it. If they have the right to posses it, they have the right to sell it. That same argument applies to guns by the way.

We currently have thousands of people serving extensive prison sentences with exorbitant fines for simply pursuing happiness and running a business without a license.

The RICO Act and the federal and state laws that derive from it that cause a forfeiture of property and/or money are a violation of the prohibition against a bill of attainder. They are clear and blatant violations of the U.S. and State Constitutions. They also violate the 5th amendment which states the only method where the government can take property. It must be for public use and just compensation provided. The taking of property must meet both of those requirements. That is why Robert E. Lee was given compensation for his land that was taken for Arlington cemetery.

The practice of local governments seizing property for non-payment of taxes is a violation of the constitutional right to property unless it is for public use and just compensation is given. While those governments may place a lien on the property, they cannot force the sale of or seize that property in order to pay off that debt. While taxes may meet the public use qualifier, they do not meet the just compensation requirement. If the federal and state government are prohibited in such a way, then so too are any lesser governments. While private citizens and businesses may have property awarded as payment of a debt, the governments are prohibited.

If a person must pay the government (taxes) in order to keep their land, then it is not their land.

Civil laws such as Virginia's seat belt law and implied consent law are nothing more than an expedited civil suit where the State is suing one of its citizens for doing or not doing some act.

First, the government cannot sue its own citizens. In the contract called the Constitution, the people have no obligations placed upon them and therefore cannot be in breach of contract.

Second, a civil law removes the requirement of "beyond a reasonable doubt" and merely requires a preponderance of the evidence and transfers the burden of proof from the prosecution to the defendant. Because they are adjudicated with preponderance of the evidence, they create an indefensible accusation because it is almost impossible to prove a negative.

Third, the courts recognize that there is such a thing as sovereign immunity. It is the people that are sovereign and the federal and state governments only have sovereignty in the areas they were delegated. Fourth, it removes the protections against self-incrimination. Fifth, it takes away a person's right to a lawyer.

Civil laws that affect an individual are nothing more than a use of legalism to circumvent due process protections. In the same way that a business cannot be charged criminally, neither can a person be charged civilly.

The Constitution prohibits excessive bail and fines. The very fact that we have bail bondsmen within the United States is an indicator that our bails are being set too high. Prior to the recent increases in minimum wage, the median income within the U.S. was slightly less than 34,000 dollars a year. That means a bail of 4,000 dollars is more than 10% of that person's gross annual income. For a person making minimum wage, bail of 1,500 dollars is 10% of their gross annual income. There is a large percentage of people within the U.S. that do not own property that is accepted as bond.

To that same person that makes minimum wage, a fine of 1,000 dollars is excessive. That doesn't count court cost being applied. That also does not count interest charged on those fines and cost. Charging interest on fines and court cost is usury and a form of indentured servitude. There are currently people with fines of 100's of thousands of dollars that they will never be able to pay in their lifetime. The Constitution permits the charging of fines but did not specify if the government could charge interest on those fines. If you apply the rule of implication in favor of the people, then the answer is no.

17

Attaching civil fines to criminal cases is a miscarriage of justice. Either it is a criminal case or a civil case, not both.

Federal, State, and local police agencies began the administrative practice of photographing and fingerprinting people in order to properly identify them. When the science of DNA was accepted, they also began collecting that. The problem arose when those items of collected evidence started being used in criminal trials. Those items of evidence are obtained by law with an or-else ultimatum. The U.S. Constitution prohibits compelled testimony against self to be used in a criminal trial. Virginia's Constitution specifies that a person shall not be compelled to provide evidence against self. It matters not what does the compelling, whether administrative laws, civil laws, criminal laws, or a gun to the head, that compelled evidence cannot be used in a criminal trial.

The collection of photos, fingerprints, and DNA is nothing more than requiring a person to provide evidence against self to be used in anticipation of their future guilt. These are precautions against future guilt and violations of compelled evidence being used in a criminal trial.

The requirement for sex offenders to register is an undue restriction on a person's liberty. It is a daily loss of liberty without due process. Registry of a sex offender includes photo, fingerprints, DNA, and current address. All of those on probation or parole are required to provide their address to their parole officer. That is a condition of parole. Once someone is off of parole, it is an undue infringement. Either we trust them out of prison or we do not.

18

According to Virginia law, a vehicle on the side of the road is not considered abandoned until after 24 hours.  Any vehicle, not blocking traffic or on a restricted highway, that is towed due to arrest without the consent of the owner/operator is an unlawful taking of property.  The impounding of a vehicle for driving violations (46.2-301.1 code of Va.) is a bill of pains and penalties and an unconstitutional taking of property, even if that taking is temporary.  These are administrative laws that violate both the U.S. and Virginia Constitutional protections against a bill of attainder and the taking of property.

Virginia Implied Consent law is a civil law.  I have already discussed why that is unconstitutional.  It is also a compelled collection of evidence in violation of U.S. and Virginia's Constitution.  It matters not what type of law does the compelling, that compelled evidence cannot be used in a criminal trial.  Any law with an "or else" ultimatum, compels.  I have already explained why public safety is not a valid reason to violate a person's rights.

Expediency is not an excuse.  Breath tests in Virginia require a 20-minute wait time before testing to ensure the evaporation of mouth alcohol.  The federal accepted minimum wait time is 15 minutes.  A search warrant for blood/breath testing can be obtained in 15 minutes or less.  Either the person has exhibited behavior that provides probable cause for that warrant or they have not.

Exigent circumstances are not an excuse.  While it is a true statement that alcohol is eliminated from the body at a certain rate and therefore there is a need to collect that evidence while it is still present.  It is also true that the level of alcohol might be increasing because any alcohol in the stomach or upper intestines is still being absorbed.  Since both statements are

19

equally true and diametrically opposed, implication should be placed in favor of the rights of the people rather than the powers of the government.

A presumption of intoxication involving DUI crimes removes the defendant's presumption of innocence. The intoxicated part is the only element of the crime that is not otherwise legal. Placing a presumption of intoxication mean that the defendant must now prove their innocence. The establishment of an alcohol limit is permissible, but the presumption of intoxication creates an indefensible accusation. The differences are only in terminology but it is a terminology that establishes precedent that can be used to place other presumptions in favor of prosecution.

The presumption of intoxication is so much an indefensible accusation that I witnessed a trial where the defendant had been followed by police for an extended period of time and was only pulled over for a defective equipment violation. The officer's own testimony was that there was no unusual driving and that the defendant passed field sobriety tests. The defendant's lawyer argued that if there was a presumption, there must be a means to overcome the presumption. The defendant was found guilty. It is because the presumption creates an indefensible accusation.

This can be resolved by simply changing to law to an acceptable blood alcohol level and eliminating the phrase of "presumption of intoxication." It is similar to a speed limit on a road. Certain people might be able to safely drive at higher speeds but, the limit is there for a reason. The same is true for alcohol. Certain people might not be intoxicated at those levels but, the limit is there for a reason.

Currently banks are required to report large deposits of cash. Car dealers and other businesses are required to report cash purchases in excess of 10,000 dollars. Based upon these reports a person can be audited by the IRS. IRS audits and the mandated reporting to the IRS are a violation of 4th Amendment protections against unreasonable searches and seizures. An IRS audit without a search warrant obtained upon presentation of probable cause is an unreasonable search. The practice of a police agency or the IRS in freezing a person's financial accounts is an unconstitutional taking of property. If a prohibition of a bill of attainder prevents the government from taking property, and money is property, from those convicted of a crime, how much more so for those merely suspected of a crime? The seizure of monies prior to a trial removes the presumption of innocence. It is taken in anticipation of future guilt.

If an IRS audit can result in fines or imprisonment then it is not an administrative action but a compelled collection of evidence to be used for criminal prosecution. If it is truly an administrative audit, then no criminal prosecution or fines can be applied.

Emotions are almost impossible to prove and even more impossible to disprove. That is why protective orders are such an intrusion into an individual's rights. Hate crimes fit this category as well. While there are certain words and actions that indicate an emotion, they are not proof of an emotion. There are reasons we have words and phrases such as stoic, stone faced, resting bitch face, and dissimulate. Emotions are sometimes misinterpreted and sometimes intentionally mis portrayed.

The practice of charging a person with a hate crime is absurd. Either they have committed a criminal act or they have not. The emotion of hate is irrelevant. Hate crimes are

21

nothing more than political posturing to appease the masses and are an indefensible accusation. I ask you this question: Can you prove that you don't hate me? Neither can anybody else.

The right to vote is a 1st amendment right to free speech. When people are encouraging others to vote, they say "make your voice heard" for a reason. When members of congress or state legislature vote on a law, they speak yes or no. They speak their vote. To take a person's right to vote is to say they no longer have a voice in the election of their representatives or the issues of their nation or state. To take a person's voting right for any reason violates the 1st amendment.

Virginia's constitution was amended in 1970. One of those new amendments was that convicted felons could not vote. A constitutional amendment is law. As such it is in direct violation of the U.S. constitution which states that no state shall pass a bill of attainder or any other ex post facto law. It is also in violation of other parts of its own constitution which state the people have a right to free speech and shall not pass a bill of attainder or any other ex post facto law. To take a person's right to vote would require a rewrite of not only Virginia's constitution but the U.S. constitution as well. Those protections were put in place for a reason.

Abortion is a pursuit of happiness right that is protected by the 9th and 10th amendments. An unenumerated right of the people that neither the federal nor state government were granted authority to legislate. What about the life of the unborn child? The question is not, is a fetus a life? The question is: It the fetus a life that is viable on its own without life support? Just as a family member has a right to end mechanical life support on a

family member in the hospital, so to do the parents have the right to end biological life support on a fetus in the womb. Is the life viable on its own without life support? It matters not whether that life support is mechanical or biological. The viability of the fetus minus life support should be the deciding factor.

Those that spout religious dogma do not know scripture. Scripture says that in the later days I (God) will cause them to lose the fruit of their womb. In other words, God aborts children in the womb. Since God cannot sin, abortion is not a sin.

Why then is it murder when a third person kills a fetus. Because the choice was taken from the parents. The same as if a third person entered a hospital and removed people from mechanical life support.

Status offenses usurp authority from the parents. The government clearly recognizes the authority of the parents over the government in instances involving marriage and joining the military. It is a violation of the law for a juvenile to marry, sign a contract, or join the military under the age of 18 yet, they may do so with parental consent. The military requires a signed contract. That means a juvenile can possess a firearm, drugs, alcohol, or tobacco as long as it has parental consent. That includes the practice of criminally prosecuting parents for the actions of those children. Even if that child kills themselves or another.

Tobacco, alcohol, drugs, and other similar items are pursuit of happiness rights that the government has no authority over concerning their use. That includes setting an age limit for possession of those items.

23

While a parent might incur civil liability if a child is not trained in the safe use of a firearm, possession of that firearm is a right of the people and not subject to criminal law. Civil liability does not create criminal culpability. Personal safety is not a part of public safety.

The current practice of prosecuting people in both federal and state court for the same offense is a violation of the double jeopardy protections in the Constitution. The protection specifies "offense." If a person kills multiple people in one instance. They have committed one offense. The number of federal and state laws that they violated are irrelevant. They committed one offense. For instance, the people charged with killing Aubry committed one offense. Yet they were twice put in jeopardy because they were tried at the state level for murder and at the federal level for hate crimes. Overlapping jurisdictions are irrelevant. Different laws are irrelevant. They committed only one offense and the Constitutional protections against double jeopardy were ignored.

It is also a violation of double jeopardy protections to try a case a second time after a hung jury. The requirement is that a person must be found guilt by a jury of their peers. There is no requirement for a finding of "not guilty" only a finding of guilt. Failure to find a verdict of guilt is by default a finding of not guilty.

Emergency Executive powers and orders are unconstitutional. Emergency powers granted to the Executive office are an usurpation of power violating the Tenth Amendment and violating the separation of powers. A government entity cannot grant authority in an area that it does not have authority. Since the legislative does not have emergency powers, neither can they grant them.

While the legislative is authorized to pass laws and can delegate down to authorized entities to make policy that become law, they cannot transfer that authority to another branch of the government.  And, any entity policy, such as the CDC public health guidelines, must still adhere to Constitutional restrictions.  Granting powers to the executive branch to issue orders enforceable as law or authority to divert funds is a transference of power and unconstitutional.

While Congress and The State can withdraw the privilege of the writ of habeas corpus and suspend due process, in effect declaring martial law, making orders such as curfew and social distancing Constitutional, they can only do so involving invasion or domestic violence.

There is a valid argument that the virus was an invasion and that either the state or federal legislature had the authority to withdraw the writ and suspend due process.  Since they did not, those orders are unconstitutional and therefore unlawful.  The very fact that Virginia has a law that penalizes people for not obeying emergency orders is an indicator they do not understand what a suspension of due process means.

Granting emergency powers to the executive operates off of the flawed theory that the governments have sovereignty in any matter of public safety.  They do not.  The claim of "emergency" is also false because the executive has the authority to call an emergency session during emergencies, negating the need for emergency powers.  Military personnel and federal law enforcement are already under the authority of the President and State Police and National Guard are already under the authority of their respective Governor and they do not need emergency powers to issue orders to those agencies as long as those orders are lawful and Constitutional.

School mandates for vaccines and/masks are Constitutional because they are only as a condition of attending public school. Since people have the ability to home school or send children to private school, it is not an infringement of rights.

The people of the United States of America are citizens, not subjects and as such are not subject to orders. John Q. Adams wrote that "a free people are difficult to govern." Yes, they are. The key word there is "free." The military and federal police officers are subject to orders from the President. The state police and national guard are subject to orders from the Governor. But they are only subject to them if they are lawful and constitutional. Citizens are not subject to any orders.

As citizens, the government has no authority to compel behavior or purchases to the people. Neither through executive order nor through legislation can the governments dictate that a person must. Laws that dictate that people must wear a seat belt, must purchase car or medical insurance are usurpations.

I am not advocating against seat belts. I know seat belts save lives. I am not advocating against medical or car insurance. I'm glad I have insurance. I am advocating against the government's authority to tell a person that they must do something or purchase something. If we must do something that the government says, we are no longer free and are mere subjects of the state.

The fact that Virginia has a law that punishes people for not obeying emergency orders indicates a lack of understanding of the rights of the people vs the powers of the government and a lack of understanding of what a suspension of due process means.

26

A suspension of due process means the government can arrest you for no reason. You don't get the right to bail, a lawyer or even a hearing in front of a judge or jury. You sit in jail or prison until they decide to release you or the writ is restored at which time, they have to release you or charge you with a crime other than disobeying.

That is why concentration camps are permissible in the United States. The problem is that the concentration camps during WWI and WWII would have been legal if they had gone through congress instead of Presidential executive order. Congress has the power to withdraw the writ, not the President.

Laws that criminalize solicitation are a violation of the 1st Amendment protections of free speech and peaceful assembly. Solicitation is another way of saying conspiracy. Conspiracy and solicitation cannot be criminalized. While the term peaceful assembly is usually used to describe a protest, it is actually any gathering of people. What those people discuss, including crime and sex, is protected speech. Either they commit a crime or they do not. Talking about or even planning a crime is protected speech.

In the writings of John Adams, he discussed meeting the others of continental congress at a tavern to discuss the rebellion. In other words, they conspired to commit treason. Entire families were declared felons and outside the king's protection and lands were seized. That is why they included protections for free speech and peaceful assembly and prohibitions against a bill of attainder within the Constitution.

Shall pass no law means, no administrative law, no civil law, and no criminal law. If the legislative is prohibited from passing a law that…, then so too is the executive prohibited from

27

issuing an order that..., so too is the judicial prohibited from passing a rule that..., and so too are government agencies prohibited from making a policy that...

Who shall pass no law?  Anyone with the authority to pass law.

There is currently a confusion of public lands vs. government property.  Government property such as post offices, courts, and schools are private property owned by the government but open to the public.  Like any private property owner, they have the authority to establish conditions of entry.  That means prohibitions against firearms at these types of places are not violations of the 2nd amendment but rights of the property owner to set conditions of entry, similar to a store saying "no shirt, no shoes, no service."

Public lands such as streets, parks, beaches etc. are public property under the government authority to maintain.  As such governments have no authority to infringe into protect liberties involving these areas.  The question to ask whenever the courts are adjudicating these types of cases is: is the property government private property open to the public, or public lands?

There are instances where public lands such as an arena are temporarily under the authority of a private entity such as for a concert.  In these instances, the private entity has the authority to determine conditions of entry and can dictate such things as no firearms.  The same applies to government laws banning firearms from bars etc.  A bar or night club that does not ban firearms opens itself up to civil liability but cannot be charged criminally.  The private entity or business can ban them, but not the government.

If a person does bring a firearm or other weapon to court, a bar, or etc. they cannot be charged for having the firearm. That is a protected right. They can only be charged for trespassing against conditions.

For clarification, this is not a law suit against either the federal or state governments. It is a petition against the courts for failure to uphold the Constitutions of the United States and respective States as the supreme law of the land.

The Constitution is law. It is the supreme law of the land and is therefore the first law that should be enforced by law enforcement and the first law adjudicated within the courts. As a part of the checks and balances of our government the police are a part of the executive branch of the government and therefore have the power and responsibility to enforce the supreme law of the land and refuse to enforce laws that violate it. As a part of the checks and balances of our government, the courts have the authority and responsibility to filter all laws that come before it through the supreme law of the land.

Even a judge's oath of office is in violation of the constitution. Currently judges are sworn to support the constitution. Article VI of the constitution states that the judges of the states shall be bound by oath to uphold the constitution, laws, and treaties of the government (federal government) as the supreme law of the land, the constitution, state constitution, and state laws notwithstanding. There is a big difference between supporting something and upholding it as the supreme law of the land.

29

**Relief sought:** Start upholding the Constitutions as the supreme law of the land. Get rid of the scientifically biased practices of precedent authority and public safety authority and stop lawmakers from using them as an excuse intrude into protected liberties. Examine all cases that come before you *sua sponte* to determine if they are in compliance with the supreme laws of the land and dismiss those that are not.

Charles W. Baird

276-565-0078

602 Spruce St.

Appalachia, Va. 24216
