# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

|  |  |
|---|---|
| **IN RE: PETITION OF CHARLES W. BAIRD.** | Civil No. 2:23CV00006<br><br>**ORDER**<br><br>JUDGE JAMES P. JONES |

For the reasons stated in the Opinion docketed herewith, it is **ORDERED** that this action is DISMISSED for lack of subject-matter jurisdiction.

The Clerk shall close the matter.

ENTER: June 14, 2023

/s/ JAMES P. JONES
Senior United States District Judge